**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6399**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARLON GREEN, a/k/a Carroll Benns,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting by designation. (CR-91-221-HNM, CA-97-1379-HNM)

———————

Submitted: June 17, 1999             Decided: June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marlon Green, Appellant Pro Se. William Warren Hamel, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

After the district court granted a certificate of appealability, Marlon Green appealed the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, affirm on the reasoning of the district court. See <u>United States v. Green</u>, Nos. CR-91-221-HNM; CA-97-1379-HNM (D. Md. Aug. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>